99 N.Y.2d 643 (2003)
In the Matter of G.J. DIBENEDETTO, M.D., P.C., RETIREMENT TRUST, et al., Appellants,
v.
NATIONWIDE ASSOCIATES, INC., et al., Respondents. (Proceeding No. 1.)
In the Matter of PARISI ENTERPRISES, INC., PROFIT SHARING TRUST, Respondent,
v.
G.J. DIBENEDETTO M.D., P.C., RETIREMENT TRUST, et al., Appellants, and NATIONWIDE ASSOCIATES, INC., et al., Respondents. (Proceeding No. 2.)
Court of Appeals of the State of New York.
Submitted February 10, 2003.
Decided April 3, 2003.
Motion for leave to appeal in Matter of G.J. DiBenedetto, M.D., P.C. v Nationwide Associates, Inc. denied; motion for leave to appeal in Matter of Parisi Enterprises, Inc. v G.J. DiBenedetto, M.D., P.C., dismissed for lack of aggrievement.